IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND E. HORNE,

    Plaintiff,

  v.

DISTRICT COUNCIL 16 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES and DOUGLAS CHRISTOPHER,

    Defendants.
_____/

No. C 10-04653 CW

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND
(Docket No. 27)

    On January 26, 2011, Plaintiff Raymond E. Horne filed his amended complaint and motion to remand his action to Alameda County Superior Court.  His amended complaint asserts claims only against Defendant District Council 16 International Union of Painters and Allied Trades.  On February 9, 2011, District Council 16 answered Plaintiff's complaint and, on February 17, 2011, filed a statement of non-opposition to Plaintiff's motion to remand.

    Accordingly, the Court GRANTS Plaintiff's motion to remand. (Docket No. 27.)  The Clerk shall remand Plaintiff's action to Alameda County Superior Court and, thereafter, close the file.

    IT IS SO ORDERED.

Dated: 2/17/2011

    CLAUDIA WILKEN
    United States District Judge